# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**VS.**                                     **CRIMINAL ACTION NO.: 4:19-cr-33-MPM-JMV-1**

**ANTONIO LIDDELL**                                            **DEFENDANT**

## ORDER GRANTING MOTION FOR BOND HEARING AND CONTINUANCE

This matter is before the court on Defendant's Motion for Bond Hearing and continuance of the Preliminary Revocation Hearing set for August 12, 2022, at 10:00 a.m., by video conference. Defendant's Motion to Continue being unopposed, the Court finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Preliminary Revocation Hearing should be continued, in conjunction with a Bond Hearing, to August 12, 2022, at 1:30 p.m., by video conference, in Courtroom 2, Greenville, Mississippi, before United States Magistrate Judge Jane M. Virden.

**SO ORDERED**, this the 11th day of August, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE